JANUARY 2, 1951

**No. 55072.**—SUIT 4633.—Bjelland, Lange & Co., Inc. *v*. United States.—

—C. D. 1187 affirmed October 31, 1950. C. A. D. 439.